CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 11 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| LINDA G. LINDAMOOD, | ) |
| | ) Civil Action No. 5:10CV00033 |
| Plaintiff, | ) |
| | ) |
| v. | ) FINAL ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Judge |
| | ) |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered reversing the decision of the Commissioner, granting judgment to the plaintiff, denying defendant's motion for summary judgment, and remanding the case to the Commissioner for the purpose of calculating and paying benefits. Objections to the report and recommendation have not been filed, and the court, upon review of pertinent portions of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **REVERSED**, summary judgment is **GRANTED** to the plaintiff, the case is **REMANDED** to the Commissioner solely for the purpose of calculating and paying benefits consistent with the report and recommendation, and this case is **STRICKEN** from the docket of the court.

**ENTER:** This February 10, 2011.

UNITED STATES DISTRICT JUDGE